

**LYNCH**

v.

**STATE**

20170514

Supreme Court of Utah.

08/17/2017

20140402

Petition for Writ of Certiorari Denied.

2017 UT App 86

**Sherman A. LYNCH, Appellant,**

v.

**STATE of Utah, Appellee.**

No. 20140402-CA

Court of Appeals of Utah.

Filed May 25, 2017